**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**PATRICIA ROBINSON**                                                                                     **PLAINTIFF**

**V.**                                                                                     **NO. 4:17-CV-37-DMB-JMV**

**UNITED CHURCH HOMES, INC. d/b/a**
**Meadowview Village Apartments, et al.**                                       **DEFENDANTS**

**ORDER CLOSING CASE**

On January 5, 2018, United Church Residences of Clarksdale, Mississippi, Inc. d/b/a Meadowview Village Apartments[1] filed a "Joint Stipulation of Dismissal with Prejudice," signed on behalf of all parties who have appeared, stating that "[a]ll parties jointly stipulate to the dismissal of this action, thereby concluding this matter in its entirety." Doc. #36. Accordingly, the Clerk of the Court is directed to **CLOSE** this case on the Court's docket.

**SO ORDERED**, this 8th day of January, 2018.

/s/ Debra M. Brown
**UNITED STATES DISTRICT JUDGE**

---

[1] Prior filings represent that "United Church Residences of Clarksdale, Mississippi, Inc., d/b/a Meadowview Village Apartments [was] erroneously referred to in the Complaint as 'United Church Homes, Inc., d/b/a Meadowview Village Apartments ....'" *See, e.g.,* Doc. #1 at 1; Doc. #4.